**Order entered May 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00260-CV

**GRAPEVINE DIAMOND, L.P., ET AL., Appellants**

**V.**

**CITY BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01876-2010**

## ORDER

We **GRANT** the May 6, 2014 motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **May 22, 2014**.

/s/    ADA BROWN
          JUSTICE